

**Texas Department of Criminal Justice**

——————————————————————————— Brad Livingston
Executive Director

May 18, 2015

The Honorable Chris Daniel
Harris County District Clerk
201 Caroline Suite #420
Houston, Texas 77002

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**MAY 21 2015**

Abel Acosta, Clerk

RE:  **DERRICK DEWAYNE CHARLES #TDCJ #999451**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **DERRICK DEWAYNE CHARLES,** issued in the 184th District Court of Harris County, Texas on November 10, 2014, which was carried out on May 12, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc:  The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Louise Pearson, Clerk, Court of Criminal Appeals
Kelly Enloe, Chairman, Classification & Records, TDCJ

CW/cf
Attach

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov

P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084
Phone (512) 463-9899, FAX (512) 936-2159

P.O. Box 4004
Huntsville, Texas 77342-4004
Phone (936) 437-6698, FAX (936) 437-6994

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 27th day of May, 2003 and executed the 12th day of May, 2015 by the death of **DERRICK DEWAYNE CHARLES.**

DISPOSITION OF BODY:

DATE: _May 12, 2015_

TIME: _6:36 pm_

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

## CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. DERRICK DEWAYNE CHARLES* issued in the 184ᵗʰ District Court of Harris County, Texas on November 10, 2014 and was executed according to the laws of the State of Texas on May 12, 2015. The death of **DERRICK DEWAYNE CHARLES** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at __6:36__ p.m. on May 12, 2015. The body of the deceased was given into the custody of Carnes Funeral Home agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 12ᵗʰ day of May 2015.



CONNIE E. WEICH
Notary Public. State of Texas
My Commission Expires
11-06-2017
Notary Without Bond

*Connie E. Weich*
NOTARY PUBLIC, Walker County, Texas

My Commission expires: __11-06-2017__

CAUSE NO. 941969

| STATE OF TEXAS | § | IN THE 184TH DISTRICT COURT |
| V. | § | OF |
| DERRICK DEWAYNE CHARLES | § | HARRIS COUNTY, TEXAS |

## EXECUTION ORDER

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above-styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 941969-A, now enters the following order:

IT IS HEREBY ORDERED that the Defendant, DERRICK DEWAYNE CHARLES, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas until Tuesday, the 12th day of May, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said DERRICK DEWAYNE CHARLES and until the said DERRICK DEWAYNE CHARLES is dead, such procedure to be determined and supervised by the said Director of the Institutional

Division of the Texas Department of Criminal Justice.

The Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said DERRICK DEWAYNE CHARLES. The Sheriff of Harris County, Texas is hereby Ordered, upon receipt of said Death Warrant, to deliver said Death Warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED this 10th day of November, 2014.

JAN KROCKER
Presiding Judge
184th District Court
Harris County, Texas

29426/998 @4

CAUSE NO. 941969

## DEATH WARRANT

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 184TH DISTRICT COURT |
| V. | § | OF |
| DERRICK DEWAYNE CHARLES | § | HARRIS COUNTY, TEXAS |

TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

On the 6th day of May, 2003, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 14th day of May, 2003, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals' mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals' denial of the defendant's initial application for writ of habeas corpus, if such application was timely filed, sentenced the above-named defendant to death for the offense of capital murder and ORDERS that the execution be had on Tuesday, the 12th day of May, 2015, at any time after the hour of 6:00 p.m. at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Harris County, Texas, is hereby commanded to transport the defendant to the Institutional Division of the Texas Department of Criminal Justice and deliver the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and the sheriff will return the receipt to the office of the District Clerk of Harris County, Texas.

The Director of the Institutional Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the 184th District Court of Harris County, Texas, at my office in the City of Houston, Texas, on the 10th day of November , 2014.

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Christine Baldwin

Deputy

## RETURN

The sheriff of Harris County, Texas, received this writ on the _____ day of _____, 2014, at _____ P.M. and executed the same by delivering the within named defendant in person (if not already in custody at TDCJ-ID) and this warrant to the warden of the Institutional Division of the Texas Department of Criminal Justice on the _____ day of _____, 2014 and by taking his receipts for the said defendant and this warrant, which receipts are hereto attached do here now make my return on this writ this _____ day of _____, 2014.

SHERIFF
HARRIS COUNTY, TEXAS


_____
DEPUTY


On this the _____ day of _____, 2014, the following papers related to cause number 941969, styled THE STATE OF TEXAS vs. DERRICK DEWAYNE CHARLES, were received from the Sheriff of Harris County, Texas.

1. One original and one copy of **DEATH WARRANT** to be delivered to the warden of the Institutional Division of the Texas Department of Criminal Justice.

2. Two original, certified Execution Orders.


_____
SIGNATURE OF TDCJ OFFICIAL